# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:  CHARLIE C. HENRY, JR. & DELORES I. HENRY                          Chapter 13

                                                                           Case No.:  07-60366-WA4

Debtor(s)

### TRUSTEE'S MOTION TO DISMISS OR CONVERT AND NOTICE OF HEARING

NOTICE TO THE ABOVE-NAMED DEBTOR(S) AND COUNSEL:
   Payments to the Trustee under the terms of the confirmed plan are in default in the amount of:  $2,065.00 (calculated to the date of hearing); this amount may be reduced by any payments received by the Trustee's office prior to the date of hearing on this motion. Pursuant to 11 U.S.C. § 1307, the Trustee moves to dismiss this case or convert this case to Chapter 7.  Please take notice that if the hearing date scheduled below is continued or rescheduled, and if the debtor fails to make timely plan payments to the Trustee following the date noticed below,
the Trustee will request dismissal or conversion on the continued or rescheduled hearing date.
   WHEREFORE, based on the foregoing, pursuant to 11 U.S.C. § 1307, the Trustee moves that this case be dismissed.

Rebecca B. Connelly, Trustee
P.O. Box 1001                                                         Rebecca B. Connelly
Roanoke, VA   24005                                                   Pamela F. Logan, Counsel
(540) 342-3774

   NOTICE IS HEREBY GIVEN TO THE DEBTOR(S) THAT:  YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.
   **Unless you file with the Office of the Clerk a written response to this Motion at least 7 days before the hearing described below, the Trustee may oppose any request for a continuance and will ask that the Court dismiss your case.**  Further, any motions you may wish to file MUST be filed at least 7 days prior to the date of hearing on this motion, and noticed for hearing.  If you do not take these steps, the Court may decide that you do not oppose the dismissal of your case.

### NOTICE OF HEARING
   Notice is hereby given to the debtor(s) and to debtors' counsel that HEARING WILL BE HELD ON THIS MOTION ON  **Wednesday, October 6, 2010**   at  **10:00 am**   or as soon thereafter as the parties may be heard before the Honorable William E. Anderson, Bankruptcy Judge, at the United States Bankruptcy Court, 3rd Flr Courtroom, US Courthouse 700 Main St. Danville, VA 24541.
   Hearing on said motion may be rescheduled from time to time in open court without further written notice.

Dated: 8.17.10                                                        Rebecca B. Connelly
                                                                      Pamela F. Logan, Counsel

### CERTIFICATE OF SERVICE
   I certify that on the  17  day of  Aug.  , 2010, I mailed a copy of the foregoing to the debtor(s) at their last known address appearing on the mailing matrix and counsel for the debtor(s).

                                                                      Office of the Chapter 13 Trustee
                                                                      by: Jatisha Bahadeon

| 07-60366 | | | | | | Recently Accessed Cases | 07-60366 CHARLIE C. HENRY, JR. |
|---|---|---|---|---|---|---|---|
| CHARLIE C. HENRY, JR. (XXX-XX-6645) | | | | | | $423.00 MO | Bar Date: 7/17/2007 (has passed) 9/3/2 |
| DELORES I. HENRY (XXX-XX-3982) | | | | | | Confirmed: 6/14/2007 | Bar Check is YES |
| Attorney: COX LAW GROUP, PLLC | | | | | | Case Status: Active (6/14/2012) | |

CHARLIE C. HENRY, JR. paying **$423.00** MONTHLY                                  Adequate Protection:

| Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments |
|---|---|---|---|---|---|

| First | Start | End | Cleared | All Post Codes | Post Code | | All IDs | Claim ID | Cancelled | Voided | All Names | Payee Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last | | | | | | State Dated | Stop Payment | | | | Outstanding | |

Check Status:

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Receipts | Excluded |
|---|---|---|---|---|---|---|
| 5/5/2010 | 106875 | | 625086504 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $50.00 | |
| 2/24/2010 | 106501 | | 1403626426 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $100.00 | |
| 2/23/2010 | 106484 | | E&M EXPRE 04279 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 1/5/2010 | 106230 | | E&M EXPRE 04221 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 12/29/2009 | 106195 | | E&M EXPRE 04161 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 12/29/2009 | 106202 | | E&M EXPRE 04192 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 12/17/2009 | 106147 | | E&M EXPRE 04125 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 12/9/2009 | 106099 | | E&M EXPRE 04090 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 12/8/2009 | 106091 | | E&M EXPRE 04059 | EMPLOYER CHECK/10 DAY HOLD | $200.00 | |
| 12/1/2009 | 106045 | | E&M EXPRE 04023 | EMPLOYER CHECK/10 DAY HOLD | $100.00 | |
| 11/18/2009 | 106008 | | E&M EXPRE 91303 | EMPLOYER CHECK/10 DAY HOLD | $700.00 | |
| 10/15/2009 | 105798 | | E&M EXPRE 91269 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 9/23/2009 | 105670 | | E&M EXPRE 91240 | EMPLOYER CHECK/10 DAY HOLD | $300.00 | |
| 9/1/2009 | 105538 | | E&M EXPRE 91208 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 8/4/2009 | 105369 | | E&M EXPRE 91171 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 7/7/2009 | 105215 | | E&M EXPRE 91139 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 5/27/2009 | 104996 | | E&M EXPRE 91096 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 4/21/2009 | 104806 | | E&M EXPRE 91046 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 4/1/2009 | 104675 | | E&M EXPRE 91015 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 2/24/2009 | 104494 | | E&M EXPRE 90964 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 2/11/2009 | 104416 | | E&M EXPRE 90942 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 12/29/2008 | 104153 | | E&M EXPRE 90880 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 11/21/2008 | 103974 | | E&M EXPRE 90830 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 10/21/2008 | 103811 | | E&M EXPRE 90791 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 9/19/2008 | 103650 | | E&M EXPRE 90744 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 8/13/2008 | 103436 | | E&M EXPRE 90693 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 7/22/2008 | 103325 | | E&M EXPRE 90641 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 6/23/2008 | 103161 | | E&M EXPRE 90610 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 5/14/2008 | 102956 | | E&M EXPR 90541 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 4/16/2008 | 102811 | | E&M EXPRE 90483 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 3/18/2008 | 102649 | | E&M EXPRE 90419 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |
| 2/13/2008 | 102471 | | E&M EXPRE 90353 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 1/15/2008 | 102320 | | E&M EXPRE 90293 | EMPLOYER CHECK/10 DAY HOLD | $300.00 | |
| 12/12/2007 | 102163 | | E&M EXPRE 90238 | EMPLOYER CHECK/10 DAY HOLD | $500.00 | |
| 11/14/2007 | 102020 | | E&M EXPRE 90181 | EMPLOYER CHECK/10 DAY HOLD | $400.00 | |

| Date | Number | Payer | Description | Amount |
|---|---|---|---|---|
| 9/11/2007 | 101699 | E&M EXPRE 90062 | EMPLOYER CHECK/10 DAY HOLD | $500.00 |
| 8/15/2007 | 101579 | E&M EXPRE 90009 | EMPLOYER CHECK/10 DAY HOLD | $400.00 |
| 7/16/2007 | 101412 | E&M EXPRE 89944 | EMPLOYER CHECK/10 DAY HOLD | $346.16 |
| 7/3/2007 | 101337 | 863940 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $76.92 |
| 6/25/2007 | 101294 | 858922 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $76.92 |
| 6/18/2007 | 101255 | E & M EXP 89885 | EMPLOYER CHECK/10 DAY HOLD | $100.00 |
| 6/1/2007 | 101173 | 859105 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $200.00 |
| 5/15/2007 | 101074 | 910003965 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $200.00 |
| 4/26/2007 | 100966 | 9322031668 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $50.00 |
| 4/20/2007 | 100930 | 9322031220 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $50.00 |
| 4/12/2007 | 100879 | 9322025796 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $50.00 |
| 4/2/2007 | 100819 | 9322030274 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $25.00 |
| 3/26/2007 | 100776 | 9322029870 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $25.00 |
| 3/20/2007 | 100747 | 487923246 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $100.00 |
| | | | Totals: | $14,550.00 $0.00 |